UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEVIN L. GIPSON,<br><br>Defendant. | CASE NO. CR21-56 RSM<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on Defendant Gipson's Motion for Early Termination of Supervised Release (Dkt. #334).

Having reviewed the briefing for this Motion and the remainder of the record, the Court hereby finds and ORDERS that Defendant's Motion is GRANTED and Mr. Gipson's term of supervised release is hereby terminated.

DATED this 16th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER – 1